02-12-401-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00401-CV 

 

 


 
 
 Andrew Goodfriend
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Todd A. Meagher & Marilyn D. Garner, Trustee
 for the Bankruptcy Estate of Todd Entertainment, LLC
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE 67th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Unopposed Motion To
Dismiss Appeal.”  It is the court’s opinion that the motion should be granted;
therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ. 


 

DELIVERED:
 March 21, 2013









[1]See Tex. R. App. P. 47.4.